IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )      CR. No. S-09-260-LKK
            Plaintiff,       )
                             )
      v.                     )
                             )      TIME EXCLUSION ORDER
ALBERTO MENDOZA CUEVAS,      )
                             )
            Defendant.       )
_____)
```

    Upon the request of the government and the defendant, the Court continues the next status conference date from August 11, 2009 to September 15, 2009 at 9:15 a.m.  The defendant has received discovery from the government, and needs time to review the discovery with the defendant and conduct further investigation   Thus, the requested continuance is for effective and diligent preparation in this case.

///
///
///
///
///
///

The Court finds that the failure to grant such a continuance would deny the defendant reasonable time for effective and diligent preparation and the interest of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A) and (h)(7)(B)(iv) (local code T-4) and time, therefore, will be excluded from August 11, 2009 through September 15, 2009.

DATE: August 14, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2