GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for ALBERTO MENDOZA CUEVAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-260-LKK |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | TO CONTINUE STATUS CONFERENCE |
| ALBERTO MENDOZA CUEVAS, | |
| Defendant. | |

Defendant Alberto Mendoza Cuevas, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Mary L. Grad, agree that the Status Conference set for September 15, at 9:15 a.m., be continued to October 6, 2009, at 9:15 a.m.

In addition, it is agreed that the Court should find excludable time through October 6, 2009, pursuant to Local Rule T-4, for continued attorney preparation.

Respectfully submitted,

DATED: September 11, 2009        /s/ Gilbert A. Roque
                                 GILBERT A. ROQUE, Attorney for
                                 ALBERTO MENDOZA CUEVAS, Defendant

DATED: September 11, 2009        /s/ Mary L. Grad
                                 MARY L. GRAD
                                 Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: September 15, 2009

                                 _____
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT